UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-5388-MWF(JEMx)**               Dated: **December 21, 2017**

Title:    Daniel Lopez -v- Donald Campini, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed December 20, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 22, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                      Initials of Deputy Clerk   cw
CIVIL - GEN

-1-